308 F.2d 806
 Robert M. BOYCE, Plaintiff-Appellant,
v.
MERCHANTS FIRE INSURANCE COMPANY, Defendant-Appellee.
 No. 65, Docket 27615.
 United States Court of Appeals Second Circuit.
 Argued Oct. 24, 1962.
Decided Oct. 25, 1962.
 
 Robert E. Cohn, Hartford, Conn. (Shulansky & Cohn, Hartford, Conn., on the brief), for plaintiff-appellant.
 Bruce W. Manternach, Hartford, Conn. (Colin C. Tait and Robinson, Robinson & Cole, Hartford, Conn., on the brief), for defendant-appellee.
 Before LUMBARD, Chief Judge, and MOORE and HAYS, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm for the reasons set forth in the careful and reasoned opinion of Judge Anderson reported at 204 F.Supp. 311 (D. of Conn.1962).